#4    NO FEE/NO IFP    15BG/MR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED

JAN - 2 2014

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

14-0004

Name and address of Plaintiff:

Michael Ellis  Pro Se.
No. CV-7884 S.C.I.Pgh.
P.O. Box 99991 Pgh.Pa 15233

v.

Full name, title, and business address
of each defendant in this action:
1 Daniel D. Regan, City of Pgh. Solicitor
  313 City Cnty.Bldg. 414 Grant St.
  Pittsburgh, PA. 15219


2 Nathan Harper, Chief of Police. Regina McDonald, acting Chief,
  1203 Western Ave.              [George Trosky & Maurita Bryant, Assist.
  pittsburgh, PA. 15233                                    Chief(s).]
Use additional sheets, if necessary
Number each defendant.


Plaintiff brings this action against the above named and identified defendants on the following cause of
action:

I.    Where are you now confined?  S.C.I.Pittsburgh

      What sentence are you serving?  33 months to 81 months

      What court imposed the sentence? Com. of PA. Criminal Division, Court of Common
                                        Pleas, Allegheny County.
II.   Previous Lawsuits

 A.   Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
      in this action.  (If there is more than one lawsuit, describe the additional lawsuits on another piece
      of paper, using the same outline.)

   1. Parties to this previous lawsuit
                                        N/A
      Plaintiffs



      Defendants                        N/A



   2. Court (if federal court, name the district; if state court, name the county) and docket number
      N/A

RECEIVED

JAN --

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Name and address of Plaintiff:

Michael Ellis, Pro Se.
#CV-7884 P.O.Box 99991
Pittsburgh, Pa. 15233

**14-0004**

v.

Full name, title, and business address
of each defendant in this action:

1 Luke Ravenstahl, Mayor of Pgh.
512 City County Bldg.414 Grant St.
Pittsburgh, PA 15219


2 Pgh. City Council Members. (9) Attached...
512 City County Bldg.414 Grant St.
Pittsburgh, PA. 15219

Use additional sheets, if necessary
Number each defendant.


Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.    Where are you now confined? __S.C.I.PITTSBURGH__

       What sentence are you serving? __33 months to 81 months__

       What court imposed the sentence? Com. of PA. Criminal Div,Court of Common Pleas, Allegheny County.

II.    Previous Lawsuits

   A.    Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

          Plaintiffs_____N/A_____

          Defendants _____N/A_____

      2.  Court (if federal court, name the district; if state court, name the county) and docket number
          _____N/A_____

City of Pittsburgh Council Members:

Individually & in Official Professional Capacity.

1. Darlene M. Harris, Council President - District 1

2. Theresa Kail-Smith, Councilwoman - District 2

3. Bruce Kraus, Councilman - District 3

4. Natalia Rudiak, Councilwoman - District 4

5. Corey O'Connor, Councilman - District 5

6. R. Danielle Lavelle, Councilman - District 6

7. Deborah Gross, Councilwoman - District 7

8. William Peduto, Councilman / Mayor Elect - District 8

9. Ricky Burgess, Councilman - District 9

512 City County Building
414 Grant Street
Pittsburgh, Pa. 15219

8am-5pm

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED

JAN

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

14-0004

Name and address of Plaintiff:
Michael Ellis  Pro Se.
No. CV-7884 S.C.I.PGH.
PO.BOX 99991, Pgh., Pa. 15233

v.

Full name, title, and business address
of each defendant in this action:
1 Kathy Degler, City of Pgh. Commander-Police Officer
5858 Northumberland St.
Pittsburgh, PA. 15217

2 Matthew White, City of Pgh. Police, Community Relations Officer.
5858 Northumberland St.
Pittsburgh, PA. 15217

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.    Where are you now confined? **S.C.I.Pittsburgh**

What sentence are you serving? **33 months to 81 months**

What court imposed the sentence? **COM. of PA. CRIMINAL DIV. COURT OF COMMON PLEAS Allegheny County.**

II.   Previous Lawsuits

A.   Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit

Plaintiffs _____ N/A _____

Defendants _____ N/A _____

2.  Court (if federal court, name the district; if state court, name the county) and docket number
_____ N/A _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
Michael Ellis Pro Se.
No. CV-7884   S.C.I.Pgh.
PO.Box 99991, pgh., Pa. 15233

v.

14-0004

Full name, title, and business address
of each defendant in this action:
1 City of Pgh. Police Sergeants, Caplan, & Sergeant Vollberg.
1203  Western Ave.
Pittsburgh, PA. 15233


2 Kevin Walters, City of Pgh. Police Officer
1203 Western Ave.
Pittsburgh, PA. 15233

Use additional sheets, if necessary
Number each defendant.

RECEIVED

JAN - 2 20..

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.    Where are you now confined?  S.C.I.Pittsburgh

      What sentence are you serving?   33 months to 81 months

      What court imposed the sentence?  Com of Pa. Criminal Division, Court of Common pleas, Allegheny County.

II.   Previous Lawsuits

  A.  Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit

        Plaintiffs           N/A


        Defendants           N/A


    2.  Court (if federal court, name the district; if state court, name the county) and docket number
                             N/A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Name and address of Plaintiff:

Michael Ellis Pro Se

No. CV-7884 S.C.I.Pgh.

P.O.Box 99991 Pgh., PA. 15233

14-0004

v.

Full name, title, and business address
of each defendant in this action:

1. Henry A. Rogowski, MPO, City of Pittsburgh Police Officer.

   5858 Northumberland STREET

   Pittsburgh, PA. 15217

RECEIVED

2. City of Pgh. Police Officer, Monticelli-3420

   5858 Northumberland St.

   Pittsburgh, PA. 15217

JA'1

Use additional sheets, if necessary
Number each defendant.

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.  Where are you now confined? __S.C.I.Pgh.__

What sentence are you serving? __33 months to 81 months__

What court imposed the sentence? __Com. of Pa. Criminal Division, COURT OF COMMON PLEAS, ALLEGHENY COUNTY.__

II. Previous Lawsuits

A.  Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs_____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) and docket number
_____N/A_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:

Michael Ellis Pro SE
No. CV-7884 S.C.I.PGH.
P.O.BOX 99991  Pgh. Pa. 15233

v.

RECEIVED

JAN - 2 20..

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

14-0004

Full name, title, and business address
of each defendant in this action:

1 Morton B. Waverly, City of Pgh. Police Officer
  5858 Northumberland St.
  Pittsburgh, PA. 15217


2 City of Pittsburgh Police Officers, OF UNITS: 341K, 3412, & 3428.
  5858 Northumberland St.
  Pittsburgh, PA. 15217

Use additional sheets, if necessary
Number each defendant.


Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.    Where are you now confined? __S.C.I.Pgh.__

      What sentence are you serving? __33 months to 81 months__

      What court imposed the sentence? Com. of Pa. Criminal Division, Court of
      Common Pleas, Allegheny County.

II.   Previous Lawsuits

  A.  Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit

        Plaintiffs_____N/A_____

        Defendants _____N/A_____


    2.  Court (if federal court, name the district; if state court, name the county) and docket number
        _____N/A_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Name and address of Plaintiff:

Michael Ellis Pro Se.
No. CV-7884  S.C.I.Pgh.
P.O. BOX 99991, Pittsburgh, PA. 15233

14-0004

v.

Full name, title, and business address
of each defendant in this action:

1 Jeffrey W. Labella, City of Pittsburgh Police Officer. Indv. & Entity.
5858 Northumberland Street (ZONE 4)
Pittsburgh, PA. 15217

2 Elizabeth Vitalbo, City of Pittsburgh Police Officer. Indv. & Entity.
5858 Northumberland Street (ZONE 4)
Pittsburgh, PA. 15217

**RECEIVED**

Use additional sheets, if necessary
Number each defendant.

JAN

CLERK, U. S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of
action:

I.    Where are you now confined? __S.C.I.Pgh.__

What sentence are you serving? __33 months to 81 months__

What court imposed the sentence? __Com of Pa. Criminal Division, Court of Common
Pleas, Allegheny County.__

II.    Previous Lawsuits

  A.   Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
       in this action.  (If there is more than one lawsuit, describe the additional lawsuits on another piece
       of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiffs __N/A__

       Defendants __N/A__

   2.  Court (if federal court, name the district; if state court, name the county) and docket number
       __N/A__

3. Name of judge to whom case was assigned _____ N/A _____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____ N/A _____

5. Approximate date of filing lawsuit _____ N/A _____

6. Approximate date of disposition _____ N/A _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

N/A

Where? _____
When? _____ N/A _____
Result: _____

III. What federal law do you claim was violated? **Deprivation of RIGHTS under color of LAW, Racial Profiling, Equal Protection vio.,use of excessive force.., (additional Sheet attached...)**

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: December 31, 2011

B. Place of event: Pittsburgh, PA. (Point Breeze area)

C. Persons involved--name each person and tell what that person did to you: Jeffrey W. Labella--has violated my Rights, Federally protected under the U.S.C.A. recklessly disregarding Lawful Protections provided within Constitution Law. Inflicting Constitutional Injuries physically & mentally, using excessive force in an enraged manner, physically assaulting me-maliciously with derogatory Racial slurs in the process.

Inflicting injuries which could have caused DEATH, abusing authority, using improper professional conduct, Threatened me & Attorney with more CHARGES if proceeding with court

procedures at the Magistrate court hearing.

Used threats & intimidation to gain control while kicking, stomping, & striking me at the same time,inflicting serious bodily injuries, (SEE-ATTACHED SHEET).

V.  Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? Pittsburgh, PA. while in the City of Pittsburgh Police care & custody.

and answer the following questions:

A.  Is There a prisoner grievance procedure in this institution? Yes (X) No ( )  N/A

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( )  No (X)  N/A

C.  If your answer is YES,

1.  What steps did you take? _____ N/A _____

2.  What was the result? _____ N/A _____

D.  If your answer is NO, explain why not: It did not occur in an institution.    N/A

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( )  No (X)  N/A

F.  If your answer is YES,

1.  What steps did you take? _____ N/A _____

2.  What was the result? _____ N/A _____

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues. Pay all medical bills & therapy needed.

Disposition of all charges filed on 01/30/12. Initiate Federal Investigation towards CORRUPT Government Officials, Eliminate & FIRE those responsible. Pay Costs & Damages in sum of 24 Million Dollars. Augment or alter Govt.s training to adequately prevent future Deprivation of Rights

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

C. (Continued)...

Was placed in apprehension, receiving physical contact of an

insulting and provoking racial animus nature.

This instilled fear, which was accompained by threating gestures

& intimidating acts.

Resulting with severe inflicted  injuries, which included broken

ribs, shoulder blade-scapula fracture, leg injuries (see pictures),

inflicted facial injuries (see pictures), and a punctured lung-

pneumothorax, as documented in my hospital reports.

I was beaten without provocation, coupled with vulgar derogatory

racial slurs, by Police Officers while in uniform and on duty.

Including Police Officer Elizabeth Vitalbo, who took part of or

conspired with Officers-inflicting such corrupt type acts. Inflicting

Constitutional harm, as they conspired to injure, threaten, and

intimidate me from the free exercise or enjoyment of any right, or

 privilege secured by the Constitution or LAWS of the U.S. .

This use of excessive force inflicted upon me, clearly exhibits

unlawful customs &/or Policy of being unlawful or excessive  in

regards to the proximate cause of injuries sustained. This Police

conduct exceeds that which is reasonable & necessary under the

circumstances, and violates standards of decency more or less

universally accepted. This execution of the local Governments

policy & custom, or adopted policy or custom (though not authorized

by LAW), exhibits unconstitutional acts which the City has been

well aware of in the past, of such acts.

I showed no signs of aggressiveness or confrontational behavior,

and was abused violently, physically & mentally, being the victim

of such unconstitutional acts.

3. Name of judge to whom case was assigned _____ **N/A** _____

4. Disposition (For example:  Was the case dismissed?  Was it appealed?  Is it still pending?)
   _____**N/A**_____

5. Approximate date of filing lawsuit _____ **N/A** _____

6. Approximate date of disposition _____ **N/A** _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where?_____ **N/A** _____

   When?_____ **N/A** _____

   Result:_____ **N/A** _____

III.   What federal law do you claim was violated? ___ **SEE ADDITIONAL SHEET**

IV.   Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheet if necessary.)

A. Date of event: **December 31, 2011**

B. Place of event: **Pittsburgh, Pa. (Point Breeze area)**

C. Persons involved--name each person and tell what that person did to you: **See additional sheet.**

III. <u>What FEDERAL LAW do you claim was violated? (continued)...</u>

Deprivation of RIGHTS under COLOR of LAW,

Violation of Civil RIGHTS, Offenses involving Individual RIGHTS,

Conspiracy Against RIGHTS,

Use of Excessive Force, Constructive Force, & Extreme Force,

Equal Protection Violation, Malicious Prosecution, Perjury,

Ethnic Intimidation,

Terroristic Threats,

Racial Harassment & Intimidation,

Remarks causing Fear & Intimidation,

Racial Profiling,

Use of Vulgar Derogatory Racial Slurs-coupled with
UNCONSTITUTIONAL BEATING,

Hate Crime Acts, Vulnerable Victim,

Threats of Violence, Threats & Intimidation,

Aggravated Assault, Assault-Beating,

Crime of Violence,

Assaults within Maritime & Territorial Jurisdiction,

Anti Terrorism Act, Domestic Terrorism,

Tampering with Victim,

Violation of an Official Duty,

Abuse of Authority & Position of TRUST-Aggravating Role,

Due Process, Cruel & Unusual Punishment,

Improper Professional Conduct, & Governmental Code of Conduct,

Violation of Criminal LAWS of the U.S. or any State,

& LAWS of States adopted for areas within FEDERAL Jurisdiction.

C. Policymakers; including Mayor, City Council members, Top
   Officials & local Government Employees (City of Pgh. Police).

Has in place a corrupt policy and/or custom (though not authorized by law), which resulted in violating my RIGHTs, Federally protected privileges and immunities secured by the U.S. Constitution & Laws. Issues which concern corrupt acquiesced custom & policy, that has tolerated known illegal conduct within their Official Professional Capacity which is the moving force behind these Constitutional Deprivations. The Mayor & Chief of Police (TOP OFFICIALS) are & have been under investigation concerning corruption within their entity, reflecting corrupt policy &/or custom (though NOT authorized by LAW), to which they are accustomed to doing. Where the Chief of Police has already been found guilty of corrupt acts, and has time imposed to serve in prison for them. This exhibits that their corrupt custom, policy, actions, & inadequacy of employee training on Constitution LAWS, also contributes to individuals of being deprived of their Constitutional RIGHTS (as I have). This failure amounts to the deliberate indifference to the rights of individuals, with whom the Police (Government Employees) come into contact. It has led in part to the Constitutional RIGHTS deprived, & Constitutional Injuries that has been inflicted upon me-including but not limited to_the repeated use of excessive force, constructive force, extreme force, deprivation of RIGHTS under color of LAW, abuse of authority, the use of Derogatory Racial remarks causing fear-coupled with SEVERE beating, racial profiling, threats & intimidation, Ethnic Intimidation, (but NOT limited to the only Rights of the U.S. Constitution).

1

C. (Continued)...

Racial Harassment & Intimidation, violation of Civil Rights, Conspiracy against rights, equal protection violations, terroristic threats, crime of violence-assault, assaults within Maritime, Threats of violence, violation of an Official duty, improper-unlawful Professional conduct, receiving cruel & unusual punishment, violation of Governmental code of conduct, including-tampering with victim (myself), all of which I experienced and became a victim of these unconstitutional acts by local Gov't Officials. By way of policy &/or custom (though not authorized by LAW), which is the moving force behind these Constitutional deprivations, and exhibited from Top Officials-down through the chain of command within their Official Professional Capacity. Ranging from Mayor, Policymakers, City Council, Police Officers of many ranks--as Chief of Police, Lieutenants, Sergeants, Municipal Police Officers & the like, and all those employed within this local Government (ENTITY).

These Government Officials, Municipal employees, has in the past shown improper Professional Conduct, has displayed intentional & knowingly negligent / unreasonable conduct, that results in violation of applicable professional standards, unethical, & while in the performance of duty as a Government Official. They have also shown & engaged in conduct involving dishonesty, fraud,--conduct that is also in violation of applicable LAWS, codes, or rules to which a Govt. Official must follow.

These Policymakers--including the Mayor, has been well aware that Municipal employees had deprived others of various--protected Constitutional Rights in the past, but failed to take precautions against future violations--that still occur, and therefore--this

2

C. (Continued)...

failure led, at least in part, to having myself suffer deprivation of the same or similar Constitutional Rights. They (Govt. Officials, Policymakers, including Mayor, & Municipal employees), had knowledge of a pattern of similar Constitutional violations, but has taken no action to augment or alter the Municipalities employee training program accordingly. The Mayor, Policymakers, & those responsible may speak with great intentions concerning their policy(s), but yet are accustomed to doing things that are corrupt & contrary to law or indifferent that evidences to their custom (though not authorized by LAW). Actions have shown that the policy &/or custom in place, to be the moving force behind individuals deprivation of RIGHTS. The Chief of Police's actions, which resulted in a felony conviction of corrupt charges & time to be served, had customary corrupt actions which became municipal custom, with acts that were continuous for those integrated to follow (as-is). This includes the Mayor & Policymakers as as well, who failed to enforce proper training, & showing professional actions of being LAW abiding. Whereas their unlawful &/or unreasonable actions would be highly predictable for those integrated in showing a similar pattern of violations. Failure to provide specific training protecting individuals Constitutional Rights, caused at least in part, me to suffer permanent injuries--I physically & mentally sustained. A policy &/or custom acquiesced in place, where individuals continue to come forward with complaints & lawsuits concerning deprivation of U.S. Federally protected Constitutional Rights (here in Pittsburgh).

3

C. (Continued)...

The Constitutional injuries I sustained are a result of being deprived of Constitutional Rights, which consists of permanent--physical and mental injuries. The Cities lack of participation to investigate a Police Officers unlawful &/or unreasonable conduct, reported travel, or anything complained of by citizens, would unveil falsified affidavits, corruption, including the use of excessive force, racial profiling, color of law abuses, & hate crime acts, that are used more often than reported--as inflicted upon myself. Top Officials code of conduct, represents the code of conduct used in their Official Capacity. This conduct is acquiesced custom (though not authorized by LAW), and immulated by those integrated & accepted by those employed within their Official capacity. Actions that have shown- as being above the LAW, abuse of their authority, exceeding Constitutional limitations--setting examples of being above the LAW & above the RIGHTS of Law abiding citizens. Custom having unethical behavior, unreasonable & unlawful ways, which becomes acquiesced custom in furtherance of being or acting above the law. This being the moving force of violative Constitutional behaviors within their Governmental Entity. Leading in an example, which is contrary to what is said or written in their policy. That power, once granted to uphold a Highly standard--Professional Duty (employed within a Government Entity), does not disappear like a magic gift when it is wrongfully used. Corrupt individuals within their Official Capacity, who have "NOT" upheld a Professional code of conduct (& not addressed) creates an acquiesced custom

4

C. (Continued)...

(though not authorized by LAW), that is immulated by those integrated within their entity or Official Capacity. This has (in part) inflicted the Constitutional injuries I suffer, by the deprivation of RIGHTS I sustained--due to their enforced policy &/or custom ways. Including those who also edicts or acts and represents Official Policy, also by their negligent acts. Being a minority class race (black) of that other than white, I was treated differently from members of the white class race (Government Officials), whereas those similarly situated (as white) would NOT have suffered the Constitutional deprivations I sustained. Many which were (but not limited to), deprivation of rights under color of LAW, violation of civil rights, conspiracy against rights, equal protection violation, ethnic intimidation, racial harassment & intimidation, racial profiling, crime of violence--assault, hate crime acts, use of excessive force, extreme force, constructive force, abuse of authority, remarks causing fear & intimidation, use of derogatory-vulgar racial slurs coupled with unprovoked & unnecessary beating which required immediate hospitalization (with near death inflicted injuries). Results from corrupt Govt. Personnel including inadequate training, being the moving force behind these un-Constitutional acts, and corrupt customary ways--as those already employed has been presently convicted of being corrupt towards the LAW. These local Government Officials, Policymakers including the Mayor, has the vital interest in prevention of Lawless exercises of power by Police Officers, including those within their entity- that were hired by their local Government...

5

C. (Continued)...

   Top Officials corrupt actions through policy or custom ways (though not authorized by LAW), becomes the moving force behind Constitutional deprivations, exhibiting acts that will highly be immulated through their chain of command. Actions which has led to Federal & State LAWS to have been violated by these Government Officials.., personnel who are supposed to uphold the LAW, but exhibit unlawful acts & of being above the LAW (as accustomed to doing). Whereas a Police Lieutenant from another borough or county, has in place a lawsuit concerning Police corruption with the same entity--Government Officials pertaining to my situation as well (concerning corrupt policy &/or custom acts)... This alone speak volumes of corruption in many ways, Officers charging Officers within this very same entity...

   The City had actual knowledge of and acquiesced to unlawful conduct within their entity, and the approving silence emanting from an Officer (Govt. employee) who stands by & watches others unleash un-Constitutional assaults & the like, contributes to the deprivation inflicted. Their municipal policy &/or custom exhibits the force behind individuals deprivation of rights, civil rights, constitutional rights & the like, and this corruption reflects the deliberate indifference exceeding Constitutional limitations, recklessly disregarding Lawful protection provided under the U.S. Constitutional Amendments. They have tolerated known misconduct from top ranking Officials, down through their chain of command, whose actions become of custom (though not authorized by LAW), and failing to adequately address these

6

C. (Continued)...

problems, or properly & adequately train those integrated to prevent future Constitutional deprivations. Responsible, taking no action to augment or alter the municipalities employee training program accordingly, which led in part to the Constitutional deprivations I suffered.

Including, but not limited to: Police Officers (Govt. Employees) who have beaten me with racial animus, being kicked, stomped, and continuously struck while in the process of being cuffed, while cuffed, coupled with vulgar derogatory racial slurs in the process. Including (but not limited to), threats of violence, racial harassment, ethnic intimidation, remarks causing fear & intimidation, abuse of authority, assault with beating, racial profiling, the use of excessive force, constructive force, extreme force, hate crime acts against me, including terroristic threats, and deprivation of rights under color of LAW (& not limited to).

I was not even arrested at the time of this incident, and I did nothing to provoke these actions brought upon me. I hit a toothpick like telephone pole where the air bags deployed, saving me from any serious damage, there was no blood in the vehicle, and it was only when I was violently pulled from the vehicle where the utmost injuries I sustained were inflicted. I obeyed orders, did not resist, did not fight, or do anything to provoke these violent acts brought against me. Actions (in part) due to policy, custom, &/or inadequate municipal training. Those responsible who recklessly disregard the Federal Protections provided within the U.S. Constitution.

7

C. (Continued)...

I was taken to the hospital & released by these Government employees (Pgh. Police). While examined, I was informed of injuries that could not have been attained from the vehicle accident. I continuously explained to the Doctor (who examined me), all that had transpired.., being constantly kicked in the face while cuffed, called vulgar racial slurs in the process, stomped on, dragged many feet by cuffed wrists, was threatened to be killed (was told, "I should fucking kill you")! I have copies of my hospital reports, documenting injuries sustained, including reports of conversations held between the Doctor & I. Who informed me that a lot of my injuries-from locations on my body did not coincide to being accidental. I had foot prints all over my white jacket on the backside of my body, and the Doctor explained where a lot of my injuries were & how I had a broken shoulder blade. I explained to him (Dr.), how I was constantly kicked in the face for no apparent reason, and he told me that I didn't have to explain how I received such unaccountable injuries, stating-he already knows & that Officers went above & beyond their call of duty... Due to the injuries, and places of these injuries on my body. I did not fight, resist, provoke, or even tasered to justify these unconstitutional acts inflicted upon me. The Doctor who treated me explained to me, that it was clearly evident for these injuries to be surely inflicted. I was taken to Mercy Hospital where I was treated for these injuries, and released--I was not even arrested at this time. All of my hospital records are there, including all the follow up appointments that were made & attended--up until I was incarcerated.

8

C. (Continued)...

These Government Officials (City Police Officers), extracted me from the vehicle in an irate "manhandling" manner, while recklessly disregarding proper accident procedures to prevent detrimental injuries which could have resulted in Death or even paralyzation. Displaying equal protection violation.., with me being a minority of the colored race (black), as an individual of being a white motorist would have been properly & cautiously extracted, in preventing any furtherance of any injuries that may occur & lead to paralyzation or even result in death. A 14th Amendment guarantee that was violated, where the Government must treat a person or class of persons the same as it treats other persons or class in like circumstances. I was also abused with the use of excessive force, the unreasonable &/or unnecessary force under the circumstances, extreme force-where inflicted injuries caused serious bodily harm which could have resulted in death if not properly treated by Doctors. Including constructive force-where threats & intimidation were made to gain control and prevent resistance. My hands were up, palms facing out and yet I was still aggressively pulled out the passenger side window-which an officer broke, slammed face down when pulled out the window, was screamed at with vulgar racial slurs & continuously beat simultaneously (but not limited to)... Actions which exhibited irate racial animus, angry, enraged, strong dislike, having a hostile attitude racially motivated, & just malicious showing an evil intent to commit a wrongful act-injurious towards me.

9

C. (Continued)...

Any reasonable Officer would have known that such conduct constituted use of excessive force (& not limited to), and surely exceeding various Constitutional limitations. While I was being beat, I could barely catch my breath through all the kicks, receiving broken ribs, getting a punctured lung, and I just laid there motionless-with lifeless movement, all I could do in between kicks was whisper "stop.., please..," as blood drooled out of my mouth, in a puddle on the pavement. This unlawful conduct exhibits the bold corrupt acts already imitated by top officials employed within their Official Professional Capacity, (chain of command) which involve acts of being above the LAW, & unconstitutional, through policy &/or custom (though not authorized by LAW). Directly causing Constitutional deprivations, Constitutional harm, & inflicting Constitutional injuries. The City had actual knowledge of and acquiesced to illegal conduct, as various misconducts have been reported (& others not reported but known of), in relation to (but not limited to) the use of excessive force, racial profiling, equal protection cases, unlawful Police conduct, & many other violations of individuals RIGHTS. They have tolerated known misconduct in the past, and failed to augment or alter their employee training policies, procedures, or widespread practice accordingly. This inadequate training is also a direct casual link for Constitutional deprivations that occur (representing official policy &/or custom). Inflicting Constitutional injuries, & countless other unlawful acts, as brought upon myself-in part to injuries sustained.

10

_____
_____
_____
_____

V.    Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?

            **In Pittsburgh Pa. while in the city** of
**Pittsburgh Police custody and care.**
and answer the following questions:

A.    Is there a prisoner grievance procedure in this institution?
Yes (**X**)  No ( )          **N/A**

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No (**X**)          **N/A**

C.    If your answer is YES,

1.    What steps did you take? _____**N/A**_____

2.    What was the result? _____**N/A**_____

D.    If your answer is NO, explain why not: **It did not occur**
**in an institution.     N/A**

E.    If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( )  No (**X**)     **N/A**

F.    If your answer is YES,

1.    What steps did you take? _____**N/A**_____

2.    What was the result? _____**N/A**_____

VI.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues. **Pay all medical bills & therapy needed, Disposition**
**of charges filed on 01/30/12, initiate Federal investigation**
**on CORRUPT Govt. Personnel-eliminate & fire those responsible,**
**Pay costs & Damages in sum of $24 Million Dollars, augment or**
**alter Govt.s training to adequately prevent future Deprivation**
**of RIGHTS.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

December 30, 2013
(Date)

_(Signature of Plaintiff)_
(Signature of Plaintiff)