

MICHAEL ELLIS
NO. CV-7884 S.C.I.Pittsburgh
P.O.BOX 99991
Pittsburgh, PA. 15233

CLERKS OFFICE
UNITED STATES DISTRICT COURT
700 Grant Street, Rm. 3110
PITTSBURGH, PA 15219

7011 1570 0003 3233 8549

CERTIFIED MAIL